UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MARTIN, BRANDI HUNTER, JEFF HEIMAN, KANDICE FALLIS, CHRISTOPHER HEIDRICH, JAMIE HIGH HORSE, TIFFANY WAGER, JAMES JACOBSEN, SABIONE BETTELYOUN, REYNEA LUCERO, TATE HOFFMAN, and RACHEL LITTLE THUNDER,<br><br>Defendants. | 5:26-CR-50043-CCT<br><br><br>**ORDER GRANTING CONTINUANCE** |

Defendant, Jeff Heiman, moves for a 60-day continuance and the government and codefendants do not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel has made known to the court that additional time for further investigation and discovery review is necessary. Based on the foregoing, it is

ORDERED that defendant Heiman's motion is granted. The following deadlines will apply to all defendants:

| Suppression/voluntariness motions | August 18, 2026 |
|---|---|
| Responses to motions due | Within five days after motion is filed |

| Subpoenas for suppression hearing | August 18, 2026 |
|---|---|
| Suppression/voluntariness hearing before Magistrate Judge Mark Haigh | If necessary, will be held prior to September 4, 2026 |
| Applications for Writ of Habeas Corpus Ad Testificandum | September 15, 2026 |
| Expert witness disclosure | September 15, 2026 |
| Other motions | September 22, 2026 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | September 22, 2026 |
| Plea agreement or petition to plead and statement of factual basis | September 22, 2026 |
| Notify court of status of case | September 22, 2026 |
| Rebuttal expert disclosures | September 29, 2026 |
| Motions in limine | September 29, 2026 |
| Proposed jury instructions due | September 29, 2026 |
| Jury trial | Tuesday, October 6, 2026, at 1:00 p.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated July 13, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE